QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  1:05-cr-0091 REC |
| *Plaintiff*, | STIPULATION TO CONTINUE MOTIONS CALENDAR AND HEARING;  AND  ORDER THEREON |
| v. | |
| BASHEER ABDO MOHAMMED AHMED, et al., | Date:  July 11, 2005<br>Time:  1:30 p.m.<br>Judge: Hon.  Oliver W. Wanger |
| *Defendants*. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the filing date for motions due on or about April 25, 2005 is extended  to **June 13, 2005**; and that the filing date for responses to said motions due on or before May 9, 2005 is extended to **July 5, 2005**; and that the hearing on said motions is continued from May 23, 2005 to **July 11, 2005 at 1:30 p.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
l///
///
///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: May 19, 2005                                    MCGREGOR W. SCOTT
                                                       United States Attorney


                                                By /s/ Marlon Cobar
                                                   MARLON COBAR
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff

DATED: May 19, 2005


                                                   /s/ John F. Garland
                                                   JOHN F. GARLAND
                                                   Attorney for Defendant
                                                   FATHEHIA ABDO MOHAMMED AHMED


DATED: May 19, 2005                                QUIN DENVIR
                                                   Federal Public Defender



                                                By /s/ Mark A. Lizárraga
                                                   MARK A. LIZÁRRAGA
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   BASHEER ABDO MOHAMMED AHMED

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: May__20___, 2005


                                                   _____/s/ OLIVER W. WANGER
                                                   Oliver W. Wanger
                                                   U.S. District Court Judge for the
                                                   Eastern District of California

Stipulation to Continue Motions Calendar and Hearing            2